JS-6 / ENTERED

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL Petitioner
(OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED:     5.31.13

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 3 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL MACIAS, | Case No. CV 13-2135-PSG (JPR) |
| Petitioner, | |
| vs. | **J U D G M E N T** |
| GREGORY D. TOTTEN et al., | |
| Respondents. | |

Pursuant to the Order Denying Petition and Dismissing Action,
IT IS HEREBY ADJUDGED that this action is dismissed with
prejudice.

DATED: May 31, 2013

PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 3 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY