JS-6 / **ENTERED**

I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petitioner
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _____5·31·13_____

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 3 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES MICHAEL MACIAS,<br><br>                    Petitioner,<br><br>            vs.<br><br>GREGORY D. TOTTEN et al.,<br><br>                    Respondents. | Case No. CV 13-2135-PSG (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Denying Petition and Dismissing Action,
IT IS HEREBY ADJUDGED that this action is dismissed with
prejudice.

DATED: May 31, 2013

_____
PHILIP S. GUTIERREZ
U.S. DISTRICT JUDGE

ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAY 3 1 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                      DEPUTY